STATE OF CONNECTICUT *v.* DONALD E. HUNT

The application by the defendant filed July 18, 1966, for leave to appear personally in order that he may be heard at the argument of the appeal from the Superior Court in New Haven County in the above-entitled case is denied, an appearance of counsel on his behalf appearing of record.

*Leander C. Gray,* on the application.

Submitted July 18—decided October 19, 1966

STATE OF CONNECTICUT *v.* DANIEL A. WILKAS

The motion by the defendant to open the order granting certification for appeal from the Appellate Division of the Circuit Court is denied.

*Fred B. Rosnick,* in support of the motion.

Submitted August 3—decided October 19, 1966

F. P. HOMES, INC. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWALK ET AL.

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Norton P. Feinstein,* for the appellant (plaintiff).

Argued November 1—decided November 1, 1966

The appellant filed a motion for reargument which was denied.